IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 12-01794 EAG |
| **CLUB DEPORTIVO DE PONCE INC** | Chapter 11 |
| XXX-XX5705 | |
| | **FILED & ENTERED ON 03/17/2014** |
| Debtor(s) | |

**FINAL DECREE AND CERTIFICATE OF CONSUMMATION**

The Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on 11/26/2012, and the Court having entered an Order Confirming Plan on 12/12/2014, and the time for appeal having elapsed with no appeal or notice of appeal having been filed; and Notice of Entry for Final Decree and Order declaring the Plan to have been substantially consummated having been given to those entitled to such notice; and it having been determined by the Court, based upon the affidavits on file and the whole record herein that:

1. The transfer or other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred;

2. The Debtor or the Successor to the Debtor has assumed the operation of the business and management of all or substantially all of the property dealt with by the Plan;

3. The deposit required by the plan has been distributed;

4. The payments under the plan have commenced; and

5. All contested matters and adversary proceedings have been resolved.

**IT IS ORDERED THAT:**

1. The Plan has been substantially consummated; and

2. The Estate is hereby closed.

Ponce, Puerto Rico, this 17 day of March, 2014.

Edward A Godoy
U.S. Bankruptcy Judge